FILED
2017 Oct-30 PM 12:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| ROY M. CANNON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:15-cv-02346-KOB-SGC ) |
| CORIZON MEDICAL SERVICES, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

The magistrate judge entered a report on May 26, 2017, recommending that the plaintiff's claims against the Alabama Department of Corrections ("ADOC"), Commissioner Jefferson S. Dunn, and Correctional Officers Johnson and Duncan be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. (Doc. 20). The magistrate judge further recommended that the plaintiff's Eighth Amendment medical claims against Corizon, Dr. Hugh Hood, Health Services Adminstrator Karen Ambroski, Nurse Karen Alexzander, Nurse Clay, Nurse Bryant, Nurse Coleburn, Nurse Thurman, Nurse McDougal, and Nurse Bunn be referred to the magistrate judge for further proceedings. (*Id*. at 14-15). The magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days. (*Id*. at 15). On June 13, 2017, the

plaintiff responded that he had read the report and recommendation and understood the magistrate judge's recommendation that his Eighth Amendment medical claims against Corizon, Hood, Ambroski, Alexzander, Clay, Bryant, Coleburn, Thurman, McDougal, and Bunn should proceed. (Doc. 22). The plaintiff did not object to the magistrate judge's recommendation that his claims against ADOC, Dunn, Johnson, and Duncan be dismissed. (*Id*.).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation. The court **ORDERS** that the plaintiff's claims against Defendants ADOC, Dunn, Johnson, and Duncan are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). The court further **ORDERS** that the plaintiff's Eighth Amendment medical claims against Defendants Corizon, Hood, Ambroski, Clay, Alexzander, Bryant, Coleburn, Thurman, McDougal, and Bunn are **REFERRED** to the magistrate judge for further proceedings.

DONE and ORDERED this 30th day of October, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE